# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VACAVILLE UNIFIED SCHOOL DISTRICT, a local educational agency,<br><br>Plaintiff,<br><br>vs.<br><br>S.B., a minor,<br><br>Defendant. | Case No.: 2:16-cv-01810-WBS-GGH<br><br>**ORDER** |

Pursuant to the stipulation of the Parties and good cause showing:

IT IS HEREBY ORDERED THAT Plaintiff's time to serve process in this matter is extended to December 30, 2016, and the initial status conference in this matter is continued to **February 27, 2017 at 1:30 p.m**. A Joint Status Report shall be filed no later than **February 13, 2017**.

IT IS SO ORDERED.

Dated: November 29, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER