FAGEN FRIEDMAN & FULFROST, LLP
Jan E. Tomsky, SBN 173131
jtomsky@f3law.com
David Mishook, SBN 273555
dmishook@f3law.com
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Tania L. Whiteleather, SBN 141227
Law Offices of Tania L. Whiteleather
5445 E. Del Amo Blvd., Suite 207
Lakewood, CA 90712
Phone: 562-866-8755
Fax: 562-866-6875
tlwhiteleather@gmail.com

Attorneys for VACAVILLE UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VACAVILLE UNIFIED SCHOOL DISTRICT, a local educational agency,<br><br>Plaintiff,<br><br>vs.<br><br>S.B., a minor,<br><br>Defendant. | Case No.: 2:16-cv-01810-WBS-GGH<br><br>**STIPULATION AND REQUEST FOR DISMISSAL** |

The Parties hereby submit this stipulation and request for dismissal in accordance with the terms of a settlement between the parties in CAED Case No. 16-cv-01636-MCE-EFB approved as a minor's compromise by Judge England on March 23 2017.

WHEREAS on January 3, 2017, the Parties entered into a final settlement agreement in related case 16-cv-01636-MCE-EFB;

WHEREAS Plaintiff Vacaville Unified School District ("District") agreed to dismiss this

case, with prejudice, following approval of the agreement as a minor's compromise;

WHEREAS at a hearing on March 23, 2017, Judge England stated on the record that he would approve the minor's compromise;

WHEREAS the Parties have been awaiting a formal order from Judge England; and

WHEREAS the Parties see no prejudice in dismissing the current matter while awaiting the formal order.

IT IS HEREBY STIPULATED AND REQUESTED THAT this Court enter an Order dismissing the case with prejudice and, furhter, that each side shall bear its own costs.

DATED: April 13, 2017         FAGEN FRIEDMAN & FULFROST, LLP

By: /s/ David R. Mishook
Jan E. Tomsky
David R. Mishook
Attorneys for VACAVILLE UNIFIED
SCHOOL DISTRICT

DATED: April 13, 2017         LAW OFFICES OF TANIA L. WHITELEATHER

By: /s/ Tania L. Whiteleather
Tania L. Whiteleather
Attorneys for S.B.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Pursuant to the Stipulation and Request of the Parties, IT IS HEREBY ORDERED that this matter be DISMISSED WITH PREJUDICE and that each side shall bear its own costs.

IT IS SO ORDERED.

Dated: April 17, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

00260-00167/3758163.1